IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>FRANK HICKS,<br><br>　　　　　Defendant. | CRIMINAL ACTION<br>NO. 13-547 |

### ORDER

**AND NOW**, this 25th day of September 2020, upon consideration of Defendant's Motions for Compassionate Release (Doc. Nos. 63, 66), the Government's Response in Opposition (Doc. Nos. 69, 70), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant's Motions (Doc. Nos. 63, 66) are **DENIED**.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.

1